UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nicole Madison,

Plaintiff,

v.

Daniel Willis, acting in his individual
capacity as a Minneapolis police officer,

Defendant.

Civil No. 09-930 (DWF/AJB)

SPECIAL VERDICT FORM

We, the jury in the above-entitled action, return the following answers to the questions of fact presented to us:

## EXCESSIVE FORCE

1. Did Defendant Daniel Willis use excessive force upon Plaintiff Nicole Madison in violation of 42 U.S.C. § 1983?

   ANSWER:   Yes __X__        No_____

*If you answered "No" to Question 1, do not answer any other question; your deliberations are complete and you should sign and date this Special Verdict Form. If you answered "Yes" to Question 1, answer Question 2.*

## COMPENSATORY DAMAGES

2. What amount of money will fairly and adequately compensate Plaintiff Nicole Madison for damages caused by Defendant Daniel Willis' use of excessive force?

   Amount of Compensatory Damages:     $ 21,000.00

*If you did not award Ms. Madison damages of any kind in Question 2, then do not answer any more questions in this Special Verdict Form and have your foreperson sign and date this form because you have completed your deliberations. If you awarded Ms. Madison damages in Question 2, then go on to the following section.*

## PUNITIVE DAMAGES

You may award punitive damages against Defendant Daniel Willis if you have first found that Defendant Daniel Willis used excessive force against Plaintiff Nicole Madison and that Defendant Daniel Willis' conduct was "recklessly and callously indifferent" to Plaintiff Nicole Madison's right to be free from excessive force.

3. We assess punitive damages against Defendant Daniel Willis as follows:

$ __NONE__ (stating the amount or, if none, write the word "NONE").


Dated: December 9, 2010          _____
                                 Foreperson